Kelly Frithiof Sundberg
FULL NAME

N/A
COMMITTED NAME (if different)

Patton State Hospital
FULL ADDRESS INCLUDING NAME OF INSTITUTION

3102 E. Highland Avenue
Patton, CA 92369

PRISON NUMBER (if applicable)
148336-1

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 4 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____

IFP Submitted

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Kelly Frithiof Sundberg

PLAINTIFF,

v.

Kelly Osteen / Graduation Dept.,
Coastline College
11460 Warner Avenue
Fountain Valley, CA 92708-2597

DEFENDANT(S).

CASE NUMBER
5:24-CV-01219-DOC-SHK
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☒ No

2. If your answer to "1." is yes, how many?  N/A

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____

   Defendants _____

b. Court _____

c. Docket or case number _____
d. Name of judge to whom case was assigned _____
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
f. Issues raised: _____

g. Approximate date of filing lawsuit: _____
h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes  ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

I wrote the Accrediting Agency. They said they do not accept complaints.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **Kelly Frithiof Sundberg**
(print plaintiff's name)
who presently resides at **Patton State Hospital**,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
**Coastline College Fountain Valley**
(institution/city where violation occurred)

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)  Page 2 of 6

on (date or dates) <u>Summer 2022</u>_____ . _____
                  (Claim I)                 (Claim II)                 (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant <u>Kelly Osteen</u> resides or works at
   (full name of first defendant)
   <u>Coastline College 11460 Warner Avenue, Fountain Valley, CA 92708-2597</u>
   (full address of first defendant)
   <u>Works in Graduation Department</u>
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual    ☐ official capacity.

   Explain how this defendant was acting under color of law:
   <u>Denied my college degree after I earned it.</u>
   <u>Social and Behavioral Sciences Associate Degree</u>

2. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

   Explain how this defendant was acting under color of law:

3. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

   Explain how this defendant was acting under color of law:

D. CLAIMS*

**CLAIM I**

The following civil right has been violated:

See attached

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

1

# SUPPLEMENTAL CLAIMS/SUPPORTING FACTS

1) I started college at Coastline in Spring 2014
   It is listed on the transcript (enclosed)
   I took HLTH C100 Personal Health

2) General Education Requirements/Option 1
   Right out of the 2014-2015 Catalog
   Listed on GROUP A/Subheading A3
   Math Competency: Passing the Math Placement Test
   There was no MMAP test at that time

3) Assessments and Testing
   Rachael Cervantes (714) 241-6285 can verify
   I took and passed the Math Placement Test

4) On my Student Education Plan they wrote that my Math Competency for my degree had been met by test. You may subpoena copies of my Student Education Plan from 2014-2018, to verify.

5) I was sent a letter of graduation and a sash embossed with Coastline College to signify my graduation.

② 

## SUPPLEMENTAL CLAIMS/SUPPORTING FACTS

6) My sister will send my sash to the court as soon as I get a case number.

7) Kelly Osteen from the graduation department refuses to grant my degree.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I enclosed a new petition for my degree, signed.
I would like my degree or the $100,000.00 I am requesting.
I think Kelly Osteen should pay my filing fee either way.

6-1-24
*(Date)*

*(Signature of Plaintiff)*



### COASTLINE'S VISION
Coastline is committed to "Creating opportunities for student success."

### COASTLINE'S MISSION
Coastline College guides diverse populations of students toward the attainment of associate degrees and certificates leading to career advancement, personal empowerment, and transfer. By meeting students where they are, Coastline provides innovative instruction and services designed to achieve equitable outcomes.

### COASTLINE COLLEGE PRESIDENT:
Vince Rodriguez, Ed.D.

### COAST COMMUNITY COLLEGE DISTRICT
### BOARD OF TRUSTEES:
Mary L. Hornbuckle (President), Lorraine Prinsky, Ph.D. (Vice President), Jim Moreno (Board Clerk), Elizabeth Dorn Parker, Ed.D. (Trustee), Jerry Patterson (Trustee), and John Bruning (Student Trustee).

### CHANCELLOR:
Whitney Yamamura, Ed.D.

### NON-DISCRIMINATION STATEMENT:
Coastline College, as part of the Coast Community College District, is committed to equal opportunity in educational programs, in employment, in access to institutional programs and activities, and in providing an academic and work environment that is based on respecting the dignity of individuals and groups. The District does not discriminate unlawfully in providing educational or employment opportunities to any person on the basis of race, ethnicity, gender, gender identity, gender expression, religion, age, national origin, sexual orientation, marital status, medical condition, pregnancy (including childbirth, breastfeeding, or related medical conditions), physical or mental disability, military or veteran status, or genetic information, because they are perceived to have one or more of the foregoing characteristics, or based on association with a person or group with one or more of these actual or perceived characteristics.

Further, the District shall be free of sexual harassment, sexual violence, sexual assault, and all forms of sexual intimidation and exploitation. It shall also be free of other unlawful discrimination and harassment based on the characteristics listed above or against persons based on having been the subject of domestic violence, sexual assault, or stalking.

This Policy applies to all aspects of the academic environment, including but not limited to classroom conditions, grades, academic standing, employment opportunities, scholarships, recommendations, disciplinary actions, and participation in any college activity. In addition, this Policy applies to all terms and conditions of employment, including but not limited to hiring, placement, promotion, disciplinary action, layoff, recall, transfer, leave of absence, training opportunities, and compensation.

### STATEMENT OF ACCREDITATION:
Coastline College is accredited by the Accrediting Commission for Community and Junior Colleges (ACCJC) of the Western Association of Schools and Colleges (428 J Street, Suite 400, Sacramento, CA 95814, (415) 506-0234), an institutional accrediting body recognized by the Council for Higher Education Accreditation (CHEA) and the U.S. Department of Education. Additional information about accreditation, including the filing of complaints against member institutions, can be found on the website at: accjc.org

```
Coast Dist. C02402678                                                    Date Issued: 15-MAY-2023
         ID#                                                                    CCC Unofficial
    Record of: Kelly Frithiof Sundberg
    Current Name: Kelly Frithiof Sundberg                Date of Birth: 30-SEP-1955        Page:  1

    Course Level: Coastline Undergraduate                         U N O F F I C I A L

Current Program
  Associate in Arts
    Program : Social and Behavioral Sciences
      Major : LibArts: Social&Behavioral Sci

SUBJ  NO.            COURSE TITLE                CRED  GRD  PTS  R      SUBJ  NO.          COURSE TITLE               CRED  GRD  PTS  R

TRANSFER CREDIT ACCEPTED BY THE INSTITUTION:                             Institution Information continued:
ATTENDED        SAN DIEGO MESA COLLEGE
                                                                         CCC Fall 2018
PSYC C100    Intro to Psychology                 3.00  C                 HIST C170    U.S. History to 1876           0.00  W     0.00
  Ehrs:  3.00 GPA-Hrs:  3.00 QPts:   6.00 GPA:   2.00                    HIST C180    Western Civilization 1         0.00  W     0.00
                                                                           Ehrs:  0.00 GPA-Hrs:  0.00 QPts:   0.00 GPA:   0.00
INSTITUTION CREDIT:
                                                                         CCC Intersession/Spring 2019
CCC Intersession/Spring 2014                                             BUS  C120    Personal Finance               3.00  A    12.00
HLTH C100    Personal Health                     3.00  B     9.00        PSYC C255    Abnormal Psychology            3.00  C     6.00
  Ehrs:  3.00 GPA-Hrs:  3.00 QPts:   9.00 GPA:   3.00                      Ehrs:  6.00 GPA-Hrs:  6.00 QPts:  18.00 GPA:   3.00

CCC Intersession/Spring 2015                                             CCC Fall 2019
COUN C105    Strategies for College Success      3.00  A    12.00        ENGL C103    Business English               0.00  W     0.00
HIST C175    U.S. History Since 1876             3.00  B     9.00        ENGL C135    Business Writing               3.00  C     6.00
SOC  C110    Intro to Marriage and Family        3.00  B     9.00        FN   C170    Nutrition                      3.00  D     3.00
  Ehrs:  9.00 GPA-Hrs:  9.00 QPts:  30.00 GPA:   3.33                    PSYC C116    Child Growth and Development   3.00  C     6.00
                                                                           Ehrs:  9.00 GPA-Hrs:  9.00 QPts:  15.00 GPA:   1.67
CCC Fall 2015
PSCI C180    American Government                 3.00  D     3.00        Fall 2021
PSYC C118    Life Span Dev Psychology            3.00  C     6.00        BUS  C100    Introduction to Business       3.00  B     9.00
SOC  C100    Introduction to Sociology           3.00  D     3.00        MS   C100    Principles of Management       3.00  C     6.00
  Ehrs: 12.00 GPA-Hrs: 12.00 QPts:   9.00 GPA:   1.33                      Ehrs:  6.00 GPA-Hrs:  6.00 QPts:  15.00 GPA:   2.50

CCC Fall 2016                                                            Intersession/Spring 2022
ANTH C100    Cultural Anthropology               3.00  D     3.00        BUS  C150    Introduction to Marketing      3.00  C     6.00
GEOL C105    General Geology                     3.00  D     3.00          Ehrs:  3.00 GPA-Hrs:  3.00 QPts:   6.00 GPA:   2.00
MCOM C100    Intro Mass Communications           3.00  C     6.00
  Ehrs:  9.00 GPA-Hrs:  9.00 QPts:  12.00 GPA:   1.33                    Summer 2022
                                                                         ETHS C233    Racial and Ethnic Relations    3.00  C     6.00
                                                                         SOC  C120    Introduction to Gerontology    0.00  W     0.00
                                                                           Ehrs:  3.00 GPA-Hrs:  3.00 QPts:   6.00 GPA:   2.00
*********************** CONTINUED ON NEXT COLUMN ***********************  ****************** CONTINUED ON PAGE 2 ******************
```

```
Coast Dist. C02402678                        Date of Birth: 30-SEP-1955    Date Issued: 15-MAY-2023
        ID#                                                                     CCC Unofficial
                                                                                  Page:    2
Record of: Kelly Frithiof Sundberg
    Level: Coastline Undergraduate

                                U N O F F I C I A L

SUBJ  NO.         COURSE TITLE                    CRED GRD   PTS R

Institution Information continued:

Fall 2022
BIOL C100    Introduction to Biology             0.00 W      0.00
PHIL C120    Ethics                              0.00 W      0.00
    Ehrs:  0.00 GPA-Hrs:  0.00   QPts:           0.00 GPA:   0.00
Last Standing: Good Standing
******************* TRANSCRIPT TOTALS ******************************
                   Earned Hrs  GPA Hrs   Points          GPA
TOTAL INSTITUTION      57.00     57.00   123.00         2.16

TOTAL TRANSFER          3.00      3.00     6.00         2.00

OVERALL                60.00     60.00   129.00         2.15
******************* END OF TRANSCRIPT ******************************
```

# General Education Requirements
## OPTION 1 • 2014-2015

This option is designed for students pursuing a degree and who may or may not be planning to transfer to a four-year institution. Most of the coursework in this option is applicable towards transfer. Other colleges and universities may accept this degree for transfer. It is important to contact a Coastline counselor or your transfer institution for guidance in preparing your educational plan. In addition to the General Education requirements below, students must complete additional requirements for the Associate Degree listed in the catalog under Associate Degree Requirements.

Complete at least 18 units in the specific courses listed in Groups A-E. Students may select courses from any sub-area under each specific group. One course may not be used to satisfy more than one general education requirement; however, the same course may be used to satisfy both a general education requirement and a requirement for the major or area of emphasis. Students may also double-count courses for the Global and Multicultural Studies Requirement.

### Group A – Basic Subjects
**One course from each area**

A1 — Mass Communications C100; Communication Studies C100, C101, C110, C140, or C220

A2 — English Competency: Passing English C100 or C135 (with a grade of "C" or better).

A3 — Math Competency: Passing the Math Placement Test or completion of two years of high school algebra with a grade of "C" or better, or passing one of the following with a "C" or better: Math C030*, C040*, C045*, C070*, C100, C103, C104, C106, C115, C120, C140, C150, C160, C170, C180, C185, C280, C285.

*Math C030, C040, C045, C070 can be used to meet the Math competency requirement. They count toward the 60 units required for the Associate degree, but do not count toward the required general education units. All other courses numbered below 100 (other than English (99 and Math 010) do not count toward the A.A. degree.

### Group B – Natural Sciences:
**Any three units**

B1 — Astronomy C100, C100L* C101, C102, C103; Chemistry C100, C105, C110*, C130*, C180, C180L*, C185, C185L*, C220, C220L*, C225, C225L*; Environmental Studies C100; Geology C105, C105L*, C115, C185, C185L*; Physics C110, C110L*, C120*, C125*, C185*, C280*, C285*.

B2 — Anthropology C185; Biology C100, C100L*, C120, C180*, C185*, C210*, C220*, C221, C225*, C281, C282, C283; Ecology C100; Marine Science C100, C100L*, C105*.

*Course has Laboratory Activity

### Group C – Arts and Humanities:
**Any three units**

C1 — Art C100, C101, C102, C103, C104, C105, C109, C110, C110A, C110B, C120, C120A, C120B, C121, C122, C122A, C122B, C127, C129, C130, C131, C132, C133, C134, C135, C136, C137, C138, C139, C140, C142, C147A, C150, C151, C190, C194, C202, C203, C205, C206, C212, C214, C220, C221, C222A,C 222B, C228, C229, C230, C231, C232, C233, C234, C235, C236, C237, C238, C239, C240, C242, C250A, 250B, C261, C262, C263, C265, C280; Dance C200, Music C100, C103, C130, C131, C139, C143; Theater Arts C100, C101, C106, C107, C111

C2 — Humanities: American Sign Language C180, C185; English C102, C111, C140, C143, C144, C145, C146, C147, C150, C155, C163, C181, C270, C275, C296, C297; Any International Language C144, C160, C160A, C160B, C165, C165A, C165B, C180, C180A, C180B, C183, C185, C185A, C185B, C260, C280, C280A, C280B, C285, C285A, C285B; History C115, C121, C122, C124, C125, C126, C128, C132, C135, C146, C150, C155, C161, C162, C170, C175, C180, C185, Humanities C100, C110, C135; Philosophy C100, C113, C115, C120, C140; Theater Arts C101*

*ENGL C163 and THEA C101 are equivalent courses; only 3 units may be counted.

### Group D – Social Sciences:
**Any three units**

D1 — Anthropology and Archeology: Anthropology C100, C120, C150, C185

D2 — Economics: Economics C110, C170, C175

D3 — Ethnic Studies: History C122, C124, C125, C126, C128, C146, C155

D4 — Gender Studies: History C121

D5 — Geography: Geography C100, C180, C185

D6 — History: History C101, C115, C132, C135, C146, C150, C161, C162, C170, C175, C180, C185

D7 — Interdisciplinary Social Science: Communication Studies C150; Mass Communications C100, C150

D8 — Political Science: Political Science C101, C140, C160, C180, C185

D9 — Psychology: Psychology C100, C116, C118, C165, C170, C250, C255, C260, C280

D10 — Sociology: Sociology C100, C110, C120, C130, C185

### Group E – Self-Development:
**Any three units**

Business C120; Counseling C104, C105, C120; Dance C105, C106, C107, C108, C110, C111, C112, C114, C115, C116, C124, C125, C130, C140, C141, C160, C162, C256, C257; Foods and Nutrition C170, C175; Gerontology C120, C140; Health Education C100, C120, C175; Library Science C110 Management & Supervision C144, C145, C150, C151; Physical Education any course numbered C100 or above; Psychology C116, C118, C170



Dear Coastline Graduate:

While I regret that you are unable to join us for this year's in person Commencement Ceremony, I celebrate this proud milestone in your academic and personal journey.

As a College, we want to acknowledge and celebrate your perseverance and achievement. Commencement truly is the highlight of our year—it represents the College's most joyous and momentous celebration of student success.

To mark this special occasion, please enjoy this small graduation gift from Coastline. Please wear the enclosed graduation stole with pride as a Coastline graduate and keep it as a reminder of your time with us. I hope this stole will add to this special occasion and that you have an opportunity to wear it at your gathering with close family members and friends. Our faculty and staff are very proud of you. Though you will not be joining us at our in-person Commencement Ceremony on June 3rd at 6pm, I hope you will attend virtually; scan the QR code for details about the live streaming of the Commencement Ceremony on the Coastline graduation page.



Congratulations Graduate!

Sincerely,

*Vince Rodriguez*

Vince Rodriguez, Ed.D.
President



COASTLINE COLLEGE
CORDIALLY ANNOUNCES THE NOMINATION OF

# KELLY SUNDBERG

TO

THE NATIONAL SOCIETY
OF LEADERSHIP AND SUCCESS

FALL SEMESTER 2022





Kelly Sundberg and Family
3102 E Highland Ave # N22
Patton, CA 92369-7813



HONOR SOCIETY NOTIFICATION

Deadline: October 2nd, 2023



# PETITION FOR ASSOCIATE DEGREE AND/OR CERTIFICATE OF ACHIEVEMENT

## STEPS TO PETITION

1. Please fill out all information clearly, hand sign, and submit to the Admissions & Records Office during the filing period on the petition form. **Please only submit one form, even if petitioning for multiple degrees.**
2. Submit the completed petition form to: 11460 Warner Avenue, Fountain Valley, CA. 92708 Attn.GRADUATION
3. If the petition is received <u>prior</u> to the start of the filing period, it will not be processed until the filing period begins. Please allow 4-6 weeks for processing from the start of the filing period.
4. If the petition is received <u>after</u> the filing period deadline, the petition will be denied.

## IMPORTANT INFORMATION

- You are required to petition for the degree and/or certificate of achievement at the beginning of the semester in which you will be completing your final requirements. If you are not currently enrolled, you will need to meet the current catalog degree requirements for the current academic year.
- All <u>official transcripts</u> from other educational institutions must be on file at the time you submit your graduation petition. It is the responsibility of the student to have transcripts sent to Coastline College.
- **Petitions take approximately 4-6 weeks to be processed.** An evaluation letter will be mailed to the address you provided on your petition form once reviewed.
- Degrees/Certificates are posted onto student's transcripts <u>one month</u> after the end of the semester you applied.
- Degrees/Certificates are mailed out approximately <u>two months</u> after the end of the semester you applied. **Please notify the Graduation Department if your mailing address has changed prior to degrees being mailed.**
- Degrees are granted based on when the student applies and not by when they completed the requirements.
- Earn an overall grade point average (GPA) of 2.0 or higher from all colleges attended and a 2.0 or higher GPA at Coastline.
- Be in good academic standing (not on probation and/or disqualification during the semester graduation is petitioned.)
- *Multiple Majors*: It is recommended to apply for all degrees at the same time. Degrees applied after conferral of a degree will require 12 additional units in residence at Coastline College.
- *Graduation with Honors*: Earn an overall grade point average (GPA) of 3.5 or higher from all colleges attended and a 3.5 or higher GPA at Coastline College.
- *Self-placement* does <u>**NOT**</u> meet the math competency requirement.

## COASTLINE COLLEGE HOPE SCHOLARS MAJORS/AREAS OF EMPHASIS

A.A. American Studies
A.A. Arts & Humanities
A.S./Certificate of Achievement Business: General
A.A. Science & Math

A.A. Social & Behavioral Sciences
A.A. /A.D.T. Sociology
A.D.T. Psychology
A.D.T Communication Studies

'lt is recommended to have a Student Education Plan (SEP) before petitioning for graduation to know which najor(s) requirements you have met.

PRING 2024                    HOPE SCHOLARS GUIDE FOR EDUCATION



# PETITION FOR ASSOCIATE DEGREE AND/OR CERTIFICATE OF ACHIEVEMENT

COASTLINE COLLEGE
Admissions and Records
11460 Warner Avenue
Fountain Valley, CA. 92708
(714) 241-6176

**Filing Period**

☒ SUMMER
July 1 - August 1, 2024

☐ FALL
September 1 - November 15, 2023

☐ SPRING
January 1 - April 1, 2024

**Contact Information**

PRINT YOUR NAME AS YOU WISH IT TO APPEAR ON YOUR DEGREE AND/OR CERTIFICATE.

First: Kelly   Middle: Frithiof   Last: Sundberg

Degree/Certificate will be mailed to the address listed below. Please provide accurate address to avoid returned mail or delays on mailing out degree. *If you would like your diploma sent to the Education Department, please put that in place of Facility.*

Facility: N/A   Inmate #: N/A   Housing #: N/A

Street: 8621 Wellsley Way   City: Raleigh   State: NC   Zip Code: 27613

**Associate in Arts/Science**

Option 1 ☒   Option II (CSU) ☐   Option III (UC) ☐   catalog year _____

Please List Major/Area of Emphasis:
Social and Behavioral Sciences

**Certificate of Achievement**

**Other Institutions**

List ALL educational institutions you have attended that apply toward the Associate degree and/or Certificate of Achievement: San Diego Mesa College

If you are currently attending any institution this semester (other than Coastline), list the institution, course(s), units and projected completion dates. (List only if course(s) applies towards the degree and/or certificate.)

*Before your Associate Degree and/or Certificate will be granted, you must provide official transcripts of your final grade(s) from the institution(s) listed above. Please allow 4-6 weeks for processing from the start of the corresponding semester.*

Coastline Student ID: C02402678   Signature: [signed Kelly F. Sundberg]



Kelly Sundberg #N-22
B102 E. Highland Avenue
Patton, CA 92369

United States District Court
Central District of California
255 East Temple Street, Suite TS-134
Los Angeles, California 90012