UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:24-cv-01219-DOC-SHK | Date: | July 26, 2024 |
| Title: | Kelly Frithiof Sundberg v. Kelly Osteen | | |

Present: The Honorable  Shashi H Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER RE: PLAINTIFF'S WITHDRAWAL OF CASE [ECF No. 11]**

     On July 18, 2024, the Court issued its Order Dismissing the Complaint With Leave to Amend ("ODLA"), dismissing the claims in the Complaint without prejudice.  Electronic Case Filing Number ("ECF No.") 10, ODLA.  On July 19, 2024, the Court received Plaintiff Kelly Frithiof Sundberg's ("Plaintiff") letter titled "Withdrawal of Case," which was signed on July 17, 2024, and which the Court construes as Plaintiff's notice of voluntary dismissal.  ECF No. 11, Dismissal Notice.  Plaintiff states: "I  . . . was notified that I must withdraw my due to the following reason.  [¶] I will be going to San Diego to file a 'Restoration of Sanity' case as determined by my attorney and myself and cannot pursue this matter[] any further."  Id.

     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  Fed. R. Civ. P. 41(a)(1)(A)(i).  Because Plaintiff has not filed an amended complaint in response to the ODLA, ECF No. 10, ODLA, nor has the Court ordered that the matter be served on Defendant Kelly Osteen ("Defendant"), there is no responsive pleading or a motion for summary judgment pending.

     Accordingly, the matter is **HEREBY DISMISSED**, **without prejudice**, pursuant to Plaintiff's Dismissal Notice and the Clerk is directed to close this case.

     **IT IS SO ORDERED.**